**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6615**

_____

ANIBAL RUBIO SERRANO,

              Petitioner - Appellant,

        v.

RENOICE  E.  STANCIL,  Administrator,  Bertie  Correctional
Institution,

              Respondent - Appellee.

_____

Appeal  from  the  United  States  District  Court  for  the  Western
District  of  North  Carolina,  at  Statesville.    Robert  J.  Conrad,
Jr., Chief District Judge. (5:10-cv-00047-RJC)

_____

Submitted:  November 15, 2011       Decided:  November 17, 2011

_____

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Anibal  Rubio  Serrano,  Appellant  Pro  Se.    Mary  Carla  Hollis,
Assistant  Attorney  General,  Raleigh,  North  Carolina,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anibal Rubio Serrano seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Serrano has not made the requisite showing. Accordingly, we deny Serrano's motion for a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED